```
                         United States Bankruptcy Court
                          Middle District of North Carolina
```

In re:                                                              Case No. 12-81712-cra
Steven Hilton Bullard                                               Chapter 13
Charlene Grace Bullard
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0418-1          User: hamrick          Page 1 of 2          Date Rcvd: May 02, 2013
                              Form ID: pdf013        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2013.
db/jdb      +Steven Hilton Bullard,   Charlene Grace Bullard,   201 Cheraw Circle,
              Red Springs, NC 28377-5004
ust         +William P. Miller,   Bankruptcy Administrator,   P.O. Box 1828,   Greensboro, NC 27402-1828
785114901   +United Consumer Financial Services,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite 200,
              Tucson, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 04, 2013**              **Signature:**     _Joseph Speetjens_

```
District/off: 0418-1           User: hamrick              Page 2 of 2                   Date Rcvd: May 02, 2013
                               Form ID: pdf013            Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2013 at the address(es) listed below:
          John T. Orcutt    on behalf of Debtor Steven Hilton Bullard postlegal@johnorcutt.com,
           orcutt.john3@gmail.com
          John T. Orcutt    on behalf of Joint Debtor Charlene Grace Bullard postlegal@johnorcutt.com,
           orcutt.john3@gmail.com
          Patti H. Bass    on behalf of Creditor   United Consumer Financial Serv. ecf@bass-associates.com
          Richard M. Hutson, II    office@c13dur.com
                                                                                                                        TOTAL: 4

**SO ORDERED.**

**SIGNED this 1st day of May, 2013.**


UNITED STATES BANKRUPTCY JUDGE



---

**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-12-81712 C-13D |
| Steven H. Bullard | ) | |
| Charlene G. Bullard | ) | |
| | ) | |
| Debtors | ) | |

## ORDER

    This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtors, to provide for a claim in favor of Unted Consumer Financial Services ("UCFS"), and there being no filed objection to the Motion within the time period set forth in the Notice issued on March 26, 2013, by the Clerk of Court setting April 26, 2013, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore it is

    ORDERED that UCFS's claim is allowed as secured in the amount of $144.45 with interest at the rate of 5.25% per annum payable in monthly installments of $10.00 and the balance in the amount of $960.89 is allowed as unsecured.

END OF DOCUMENT

**PARTIES IN INTEREST**
Page 1 of 1
12-81712 C-13D

Steven H. Bullard
Charlene G. Bullard
201 Cheraw Circle
Red Springs, NC  28377

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC  27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

United Consumer Financial Services
c/o Bass & Associates
3936 E. Ft. Lowell, Ste. 200
Tucson, AZ  85712